

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
ARNOLDO CEPEDA-GUAJARDO       )
     Petitioner,              )
                              )
v.                            )    C.A. No. B-00-24
                              )
E.M. TROMINSKI, INS District  )
     Director, Respondent.    )
_____)
```

**ORDER DISMISSING PETITION AS MOOT**

On consideration of Petitioner's unopposed motion to disMiss, and good cause appearing therefore,

IT IS HEREBY ORDERED that said motion be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the instant proceeding be, and the same hereby is, dismissed as moot.

DONE this 5 day of May, 2000 at Brownsville, Texas.

_____
HON. HILDA G. TAGLE
JUDGE PRESIDING